# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00431-CR

**Michael Patrick Kennedy, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF COMAL COUNTY, 207TH JUDICIAL DISTRICT
### NO. CR2006-016, HONORABLE GARY L. STEEL, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

Michael Patrick Kennedy seeks to appeal from a judgment of conviction for aggravated assault. Sentence was imposed on March 31, 2006. There was a timely motion for new trial. The deadline for perfecting appeal was therefore June 29, 2006. Tex. R. App. P. 26.2(a)(2). Notice of appeal was mailed on July 18 and filed on July 19, 2006. Under the circumstances, we lack jurisdiction to dispose of the purported appeal in any manner other than by dismissing it for want of jurisdiction. *See Slaton v. State*, 981 S.W.2d 208 (Tex. Crim. App.1998); *Olivo v. State*, 918 S.W.2d 519, 522-23 (Tex. Crim. App. 1996).

The appeal is dismissed.

_____

Jan P. Patterson, Justice

Before Chief Justice Law, Justices Patterson and Pemberton

Dismissed for Want of Jurisdiction

Filed:   September 7, 2006

Do Not Publish